ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| ARGO Systems, LLC | ) ASBCA Nos. 62662-ADR, 62720-ADR |
| | ) |
| Under Contract No. W912DR-14-D-0018 | ) |

APPEARANCES FOR THE APPELLANT:        Dirk D. Haire, Esq.
                                       Kristen Broz, Esq.
                                       Dana Molinari, Esq.
                                       Ronni Two, Esq.
                                         Fox Rothschild LLP
                                         Washington, DC

APPEARANCES FOR THE GOVERNMENT:        Michael P. Goodman, Esq.
                                         Engineer Chief Trial Attorney
                                       Paul B. Taylor, Esq.
                                       Justin P. McCorcle, Esq.
                                       Shelby Culver, Esq.
                                         Engineer Trial Attorneys
                                         U.S. Army Engineer District, Wilmington

OPINION BY ADMINISTRATIVE JUDGE SWEET

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeals are sustained.  In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $625,000. Interest shall be paid on this amount pursuant to 41 U.S.C. § 7109 from 121 days after the date of this order until the date of payment.

Dated:  December 1, 2021

JAMES R. SWEET
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                  I concur

RICHARD SHACKLEFORD         J. REID PROUTY
Administrative Judge               Administrative Judge
Acting Chairman                   Vice Chairman
Armed Services Board           Armed Services Board
of Contract Appeals             of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA Nos. 62662-ADR, 62720-ADR, Appeals of ARGO Systems, LLC, rendered in conformance with the Board's Charter.

Dated: December 1, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals